UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jay Humphrey, Walter Terrell, & Devon Robinson,<br><br>Plaintiff(s),<br><br>v.<br><br>The Campbell's Company; Pepperidge Farm Incorporated<br><br>Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 1:25-cv-15108 |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

/s/ Krysten Connon
_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Matthew J.P. Coffman

Firm: Coffman Legal, LLC

Address: 1550 Old Henderson Rd.
Suite 126
Columbus, OH 43220

Email: mcoffman@mcoffmanlegal.com

Phone: 614-949-1181

Admitted on behalf of: Plaintiffs Jay Humphrey, Walter Terrell, & Devon Robinson

Instructions for <u>**LOCAL COUNSEL** for filing</u>:

1. Select the Case Type (Civil) from the menu bar at the top of your screen.
2. Click on **Notices**.
3. Select the event, <u>**Notice of Pro Hac Vice to Receive NEF**</u>.
4. Enter the case for which the Request is being filed.
5. Select the PDF document to file.
6. When prompted, select the name of the part(ies) on whose behalf counsel has been granted to be admitted on behalf of.
7. Proofread the docket text.
8. Submit the Request to ECF by clicking the **NEXT** button.