IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY HUMPHREY, WALTER TERRELL, and DEVIN ROBINSON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE CAMPBELL'S COMPANY; PEPPERIDGE FARM INCORPORATED, <br><br> Defendants. | C.A. No. 1:25-cv-15108 |

## APPLICATION FOR EXTENSION OF THE DEADLINE FOR PLAINTIFFS' RESPONSE

Pursuant to this Court's Individual Rules and Procedures and Local Rule 6.1, Plaintiffs request a one-week extension of the deadline to file a response to Defendant's pre-motion letter, ECF No. 14, which is currently due on November 4, 2025. In support thereof, Plaintiffs state as follows:

1. Plaintiffs' response is currently due on November 4, 2025, and Plaintiffs request an extension of that deadline to November 11, 2025;

2. The response deadline has not previously been extended, and in this matter Defendants executed a Waiver of the Service of Summons, which was sent on August 29, 2025, and signed and returned on September 2, 2025;

3. Plaintiffs request an extension to accommodate counsels' schedule and allow

1

sufficient time to prepare a response;

4. Defendant consents to the extension of Plaintiffs' response deadline. Additionally, Defendant has requested an adjournment of the pre-motion conference to a later date, which Plaintiffs do not oppose.

For all of these reasons, Plaintiffs request that the deadline to respond to Defendant's pre-motion letter, ECF No. 14, be extended to November 11, 2025.

Dated:  November 1, 2025            Respectfully submitted,

                                                */s/ Krysten Connon*
Krysten Connon, NJ Bar No. 016732012
Sarah R. Schalman-Bergen
(*pro hac vice forthcoming*)
**LICHTEN & LISS-RIORDAN, P.C.**
30 Washington Ave, Suite D-3
Haddonfield, NJ 08033
Telephone: (617) 994-5800
kconnon@llrlaw.com
ssb@llrlaw.com

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (OH Bar 0085586)*
Adam C. Gedling (OH Bar 0085256)*
Tristan T. Akers (OH Bar 0102298)*
**COFFMAN LEGAL, LLC**
1550 Old Henderson Rd
Suite #126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com

agedling@mcoffmanlegal.com
takers@mcoffmanlegal.com

*Attorneys for Named Plaintiffs and those similarly situated*

* *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 1st day of November, 2025.

/s/ *Krysten Connon*
Krysten Connon

3