IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JAY HUMPHREY, WALTER TERRELL, and DEVIN ROBINSON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE CAMPBELL'S COMPANY; PEPPERIDGE FARM INCORPORATED, <br><br> Defendants. | C.A. No. 1:25-cv-15108 |

## [PROPOSED] ORDER

The Court has considered Plaintiffs' unopposed request for an extension of the deadline to respond to Defendant's pre-motion letter, ECF No. 14. The request is GRANTED and the deadline for Plaintiffs' response is extended to November 11, 2025.

Dated: _____

_____

HON. RENÉE MARIE BUMB, Chief U.S.D.J.