IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY HUMPHREY, WALTER TERRELL, and DEVIN ROBINSON, on behalf of themselves and others similarly situated | : : : : : |
| Plaintiffs, | : Civil Action No. 1:25-cv-15108 |
| v. | : : **APPLICATION FOR ADJOURNMENT OF** |
| THE CAMPBELL'S COMPANY, PEPPERIDGE FARM INCORPORATED, | : **PRE-MOTION CONFERENCE** : : : |
| Defendants. | : |

The above matter has been scheduled for a Pre-Motion Conference on Wednesday, November 19, 2025, at 1:30 pm. Natalie Bare, the undersigned counsel for Defendants The Campbell's Company and Pepperidge Farm, Incorporated, has a conflict on this date due to pre-planned travel, which includes a flight scheduled during the time of the Pre-Motion Conference. Application is therefore made for an adjournment of this Pre-Motion Conference to a later date, pursuant to Section I.C. of Chief Judge Bumb's Individual Rules and Procedures and Local Civil Rule 6.1(a). It is represented that:

1. Service of process was effected on September 2, 2025, pursuant to Fed. R. Civ. P. 4(d).

2. No previous adjournment or extension of time has been obtained in this matter.

3. Plaintiffs' counsel consents to the requested adjournment of the Pre-Motion Conference.

4. Counsel for the parties are available on the following alternative dates for the Pre-Motion Conference: November 25, any date between December 1-4, and any date between December 8-10.

Dated: October 31, 2025        **DUANE MORRIS LLP**

/s Natalie F. Bare
Natalie F. Bare (NJ ID #034282009)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: 215-979-1962
Fax: 215-405-3710
Email: nfbare@duanemorris.com

**ORDER**

The above application is **GRANTED**. The Court will adjourn the Pre-Motion Conference to **Wednesday, December 3, 2025,** at **2:30 p.m.** via Teams.

ORDER DATED: the **3rd** day of **November, 2025.**

_____
REN E MARIE BUMB,
Chief United States District Judge